# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW E. ORSO, | Case No. 2:24-cv-01294-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 7] |
| PATRICIA GARCIA, et al., | |
| Defendant(s). | |

Pending before the Court is the motion for Nationwide Judgment Recovery to be substituted as Plaintiff in place of Matthew E. Orso. Docket No. 7. Upon a transfer of interest, the Court may allow substitution of parties. Fed. R. Civ. P. 25(c). Such substitution is appropriate and necessary here to enforce the judgment. *See, e.g.*, *Orso v. Woodard*, 2024 WL 2059367, at *2 (D. Nev. May 3, 2024). Accordingly, the motion to substitute is **GRANTED**. The Clerk's Office is **INSTRUCTED** to substitute Plaintiff Matthew E. Orso with Nationwide Judgment Recovery, Inc.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1